ROSZKOWSKI AND PADDOCK, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; BRUCE J. FINNE, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5716—

CLARK OIL AND REFINING CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC SAFETY, Respondent.

*Opinion filed May 11, 1971.*

CLARK OIL AND REFINING CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.